Argued April 4, 1944; decided May 25, 1944.

*Wm. Dwight Whitney, John F. Dowd* and *Ivan S. Skura* for appellant.

*Henry D. Holden* and *Monroe J. Cahn* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.